

**SIGNED THIS 2nd day of December, 2019**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

IN RE:        Cynthia Deavers Forsman                    **ORDER**

*Debtors*                                    Case number    19-50909

THIS CAUSE came to be heard upon papers previously filed; upon the Debtor's Motion to Sell Vehicle; upon the representation to the Court that the Trustee is in agreement with the Debtor's motion;

UPON CONSIDERATION WHEREOF, it appearing proper to the Court, it is accordingly ORDERED:

1. That Debtor shall be and is hereby granted leave to convey title of her 2012 Mitsubishi Lancer to the family friend who has paid approximately $6,569.00 over the past two years to creditor who was secured by this vehicle.

**\*\* End of Order\*\***

Presented by:                                    Seen and Agreed:

/s/  Roland S. Carlton, Jr.                        /s/ Herbert L. Beskin
Roland S. Carlton, Jr., Esq.                    Herbert L. Beskin, Esq., Trustee
Counsel for Debtors
Bar No. 34138
Carlton Legal Services, PLC
118 MacTanly Place
Staunton, VA   24401
(540) 213-0547
bankruptcy@carltonlegalservices.com