# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>**CYNTHIA DEAVER FORSMAN,**<br>*dba* **CYNTHIA D. FORSMAN,**<br>*fka* **CYNDI M. SEAY,**<br>*fka* **CYNTHIA DEAVER-SEAY,**<br>           Debtor. | **CHAPTER 13**<br>**CASE NO.: 19-50909** |
| **JPMORGAN CHASE BANK, N.A.**<br>                               Movant,<br>v.<br><br>**CYNTHIA DEAVER FORSMAN,**<br>*dba* **CYNTHIA D. FORSMAN,**<br>*fka* **CYNDI M. SEAY,**<br>*fka* **CYNTHIA DEAVER-SEAY,**<br>           Debtor,<br><br>**HERBERT L BESKIN,**<br>     Trustee,<br><br>                         Respondents. | **FILED PURSUANT TO 11 U.S.C SECTION 362** |

## MOVANT'S CERTIFICATION REQUIRED WITH RESPECT TO MOTION FOR RELIEF FROM STAY

1. Description of Property: 2016 Subaru WRX, VIN JF1VA1B68G9822230
2. Copies of Security Instruments: Attached to the Motion Seeking Relief from Stay.
3. Statement of Amount Due:
    (a) Unpaid Principal: $5,007.57
    (b) Accrued Interest from a specific date to a specific date: $75.15
    (c) Late Charges from a specific date to a specific date: $169.44
    (d) Dealer Reserve Interest: $0.00
    (e) Miscellaneous Receivables: $50.00

4. A Per Diem Interest Factor: 0.808

Brandon R. Jordan
VA Bar No. 72170
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Phone: (844) 442-2150
Fax (240) 238-2767
Email: bjordan@raslg.com
Attorney for Movant

5. Movant's valuation of property: $21,900.00
   NADA Valuation: Attached to the Motion Seeking Relief from Stay.

I HEREBY CERTIFY, as a Member of the Bar of the Court, that I represent the above-named Movant and that the information contained herein is true according to the best of my knowledge and belief.

DATED: May 26, 2022

  **/s/ BRANDON R. JORDAN**
Brandon R. Jordan
VA Bar No. 72170
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Phone: 470-321-7112, ext. 270
Fax: (240) 238-2767
Email: bjordan@raslg.com
*Attorney for Movant*

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on May 26, 2022, a true and complete copy of the foregoing was mailed first class, postage prepaid, to:

Cynthia Deaver Forsman
72 Lofty Circle
Stuarts Draft, VA 24477

And via electronic notice to:

Roland S. Carlton, Jr.
Carlton Legal Services, PLC
118 MacTanly Place
Staunton, VA 24401

Herbert L Beskin
Chapter 13 Trusteeship
123 East Main St., Ste. 310
Charlottesville, VA 22902

US Trustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011

/s/ BRANDON R. JORDAN
Brandon R. Jordan
*Counsel for Movant*