### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| IN RE: Cynthia Deavers Forsman | RESPONSE TO MOTION FOR STAY RELIEF |
| JP MORGAN CHASE BANK, N.A.<br>*Plaintiff*<br>v.<br><br>CYNTHIA DEAVERS FORSMAN<br><br>and HERBERT BESKIN, Trustee<br>*Defendants* | Case number: 19-50909 |

COMES NOW the Debtors/Defendants, Cynthia Deavers Forsman, by counsel, and responds to the Motion for Stay Relief dated May 26, 2023 as follows:

1. Debtor admits the allegations set forth in paragraph one (1) of the aforesaid motion for stay relief.

2. Debtor admits the allegations set forth in paragraph two (2) of the aforesaid motion for stay relief.

3. Debtor admits the allegations set forth in paragraph three (3) of the aforesaid motion for stay relief.

4. Debtor admits the allegations set forth in paragraph four (4) of the aforesaid motion for stay relief.

5. Debtor admits the allegations set forth in paragraph five (5) of the aforesaid motion for stay relief. However, Debtor reports that she has paid $1,726.48 and has made arrangements with the Plaintiff to pay the remaining portion of the arrearage by July 31, 2022.

6. Debtor is without sufficient information to admit or deny the allegations set forth in paragraph six (6) of the aforesaid motion for stay relief and, accordingly, requires strict proof thereof.

7. Debtor denies the allegations set forth in paragraph seven (7) of the aforesaid motion for stay relief.

8. Debtor denies the allegations set forth in paragraph eight (8) of the aforesaid motion for stay relief.

WHEREFORE, Debtor(s) pray that the aforesaid Motion for Stay Relief be denied.

          /s/ Roland S. Carlton, Jr.
          Counsel

Roland S. Carlton, Jr., Esq.
Carlton Legal Services, P.L.C.
118 MacTanly Place
Staunton, VA   24401
(540) 213-0547
V.S.B. #34138

## CERTIFICATE

I, Roland S. Carlton, Jr., Esq., do hereby certify that a true and accurate copy of this Response to Motion for Stay Relief was delivered by ECF on June 13, 2022 to:

          Brandon R. Jordan, Esq.
          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
          11900 Parkland Drive, Suite 310
          Rockville, MD   20852

          HERBERT BESKIN, Trustee
          P. O. Box 2103
          Charlottesville, VA   22902-2103

          /s/ Roland S. Carlton, Jr.
          Roland S. Carlton, Jr., Esq.