UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:                                                    BCN#: 19-50909-RBC
CYNTHIA DEAVER FORSMAN, A/K/A                             Chapter: 13
CYNTHIA D FORSMAN A/K/A CYNDI
M SEAY A/K/A CYNTHIA DEAVER-
SEAY

_____Debtor_____
Carrington Mortgage Services, LLC
or present noteholder,

       Movant/Secured Creditor,
v.
CYNTHIA DEAVER FORSMAN, A/K/A
CYNTHIA D FORSMAN A/K/A CYNDI
M SEAY A/K/A CYNTHIA DEAVER-
SEAY

       Debtor
and
ANGELA M. SCOLFORO (499275)

       Trustee
       Respondents

## MOTION TO EXTEND STAY

**COMES NOW,** the Plaintiff, by counsel, preferring to set the hearing beyond thirty days,

consents to the extension of the automatic stay imposed by 11 U.S.C. § 362(a) beyond the thirty

day limit imposed by 11 U.S.C. § 362(e), to _____June 15, 2023_____ at 9:30 AM.

                              Carrington Mortgage Services, LLC


                         By:___/s/ Bryce Robertson_____
                              Of Counsel

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Bryce Robertson, Esquire
VSB #86008
LOGS Legal Group LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800  19-284548

LOGS Legal Group LLP
William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Bryce Robertson, Esquire
VSB #86008
        Attorney for Movant
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800
        19-284548

CERTIFICATE OF MAILING

I certify that a true copy of the foregoing Motion was mailed this 28th day of ____April____, 20 23
to:

Roland S. Carlton, Jr., Carlton Legal Services, PLC
118 MacTanly Place
Staunton, VA 24401

Angela M. Scolforo (499275)
Office of the Chapter 13 Trustee
123 East Main Street
Suite 310
Charlottesville, VA 22902

Cynthia Deaver Forsman a/k/a Cynthia D Forsman a/k/a Cyndi M Seay a/k/a Cynthia Deaver-Seay
72 Lofty Circle
Stuarts Draft, VA 24477

/s/ Bryce Robertson
William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Bryce Robertson, Esquire
VSB #86008

19-284548

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Bryce Robertson, Esquire
VSB #86008
LOGS Legal Group LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800  19-284548