

**SIGNED THIS 28th day of April, 2023**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| IN RE:<br>CYNTHIA DEAVER FORSMAN, A/K/A CYNTHIA D FORSMAN A/K/A CYNDI M SEAY A/K/A CYNTHIA DEAVER-SEAY | BCN#: 19-50909-RBC<br>Chapter: 13 |

    Debtor

Carrington Mortgage Services, LLC
or present noteholder,

    Movant/Secured Creditor,

v.

CYNTHIA DEAVER FORSMAN, A/K/A CYNTHIA D FORSMAN A/K/A CYNDI M SEAY A/K/A CYNTHIA DEAVER-SEAY

    Debtor

and
ANGELA M. SCOLFORO (499275)

    Trustee
    Respondents

## ORDER TO EXTEND STAY

The Plaintiff, preferring to set the hearing beyond thirty days, consents to the extension of the automatic stay imposed by 11 U.S.C. § 362(a) beyond the thirty day limit imposed by 11 U.S.C. § 362(e), to the date stated below.

Therefore, it is **ORDERED** that the automatic stay shall remain in effect until the Court convenes and makes a disposition of this matter at the preliminary hearing set on ___June 15, 2023___ at 9:30 AM .

***END OF ORDER***

I ask for this

/s/ Bryce Robertson

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Bryce Robertson, Esquire
VSB #86008
LOGS Legal Group LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
19-284548