**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

IN RE:  Cynthia Deavers Forsman

**RESPONSE TO MOTION FOR STAY RELIEF**

CARRINGTON MORTGAGE SERVICES, LLC          Case number: 19-50909
                    *Plaintiff*
v.

CYNTHIA DEAVERS FORSMAN


and Angela Scolforo, Trustee
                    *Defendants*

COMES NOW the Debtors/Defendants, Cynthia Deavers Forsman, by counsel, and responds to the

Motion for Stay Relief dated April 28, 2024 as follows:

1.      Debtor admits the allegations set forth in paragraph one (1) of the aforesaid motion for stay relief.

2.      Debtor admits the allegations set forth in paragraph two (2) of the aforesaid motion for stay relief.

3.      Debtor admits the allegations set forth in paragraph three (3) of the aforesaid motion for stay relief.

4.      Debtor admits the allegations set forth in paragraph four (4) of the aforesaid motion for stay relief.

5.      Debtor admits the allegations set forth in paragraph five (5) of the aforesaid motion for stay relief.

6.      Debtor admits the allegations set forth in paragraph six (6) of the aforesaid motion for stay relief.

    However, Debtor has made payments since the subject motion for stay relief was filed.

7.      Debtor is without sufficient information to admit or deny the allegations set forth in paragraph seven

    (7) of the aforesaid motion for stay relief and, accordingly, requires strict proof thereof.

8.      Debtor denies the allegations set forth in paragraph eight (8) of the aforesaid motion for stay relief.

9.      Debtor denies the allegations set forth in paragraph nine (9) of the aforesaid motion for stay relief.

    Debtor intends to make arrangements with Plaintiff for the acount to become current.

WHEREFORE, Debtor(s) pray that the aforesaid Motion for Stay Relief be denied.

/s/ Roland S. Carlton, Jr.
Counsel

Roland S. Carlton, Jr., Esq.
Carlton Legal Services, P.L.C.
118 MacTanly Place
Staunton, VA  24401
(540) 213-0547
V.S.B. #34138

**CERTIFICATE**

I, Roland S. Carlton, Jr., Esq., do hereby certify that a true and accurate copy of this Response to Motion for

Stay Relief was delivered by ECF on May 12, 2023 to:

Bryce Robertson, Esq.
LOGS Legal Group. LLP
10021 Balls Ford Road, Suite 200
Manassas, VA  20109

Angela Scolforo, Esq., Trustee
P. O. Box 2103
Charlottesville, VA  22902-2103

/s/ Roland S. Carlton, Jr.
Roland S. Carlton, Jr., Esq.